Joshua Trigsted
Oregon State Bar ID Number 06531
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
888-247-4126 ext. 1
866-927-5826 facsimile
Josh@tlgconsumerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CHALEY MCVAY**,<br><br>    Plaintiff,<br><br>vs.<br><br>**RAY KLEIN, INC.**,<br><br>    Defendant. | Case No.: 3:19-cv-00430-MO<br><br>**DECLARATION OF JOSHUA TRIGSTED IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO EXTEND CERTAIN DEADLINES IMPOSED BY THIS COURT'S SCHEDULING ORDER OF MARCH 25, 2019** |

Joshua Trigsted declares as follows:

1. I am attorney for the Plaintiff in this matter.

2. On July 22, 2019, which was shortly after Defendant filed its Answer [Dkt. 5] to Plaintiff's extant Complaint [Dkt. 1], counsel for the parties held a FRCP 26(f) conference by telephone.

3. At said conference, the parties discussed the litigation deadlines that Plaintiff presented in her Unopposed Motion to Extend Certain Deadlines.  [Dkt. 7]

4. Counsel for the parties agree that the deadlines, as proposed should be sufficient to litigate this matter expeditiously and economically.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.**

Respectfully submitted this 29th day of July, 2019

By:   s/Joshua Trigsted
Joshua Trigsted
Oregon State Bar ID Number 06531
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
888-247-4126 ext. 1
866-927-5826 facsimile
Josh@tlgconsumerlaw.com
Attorney for Plaintiff